No. 86–7083.   BIGLER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 86–7084.   REICH *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–7087.   SERVER *v.* ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.

No. 86–7088.   ROBINSON *v.* WHITE, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–7089.   SMITH *v.* UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 86–7090.   HILL *v.* IWECO, INC.   C. A. 5th Cir.   Certiorari denied.   Reported below: 800 F. 2d 1143.

No. 86–7091.   BARRON *v.* NEW JERSEY.   Sup. Ct. N. J.   Certiorari denied.

No. 86–7092.   BROWN *v.* OHIO.   Sup. Ct. Ohio.   Certiorari denied.

No. 86–7093.   WABEKE *v.* MUTUAL HOME FEDERAL SAVINGS & LOAN ASSN. ET AL.   Ct. App. Mich.   Certiorari denied.

No. 86–7095.   MARROW *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–7096.   THOMAS *v.* LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–7097.   NOWAK *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–7099.   STRADER *v.* ROGERS ET AL.   C. A. 4th Cir. Certiorari denied.

No. 86–7101.   BARTKUS *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 86–7102.   ABDUS-SAMMAD *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 86–7104.   JONES *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.